WOLF ROOTMAN, Respondent, *v.* THE CITY OF NEW
YORK, Appellant.

*Rootman* v. *City of New York,* 155 App. Div. 935, affirmed.
(Argued June 17, 1915; decided September 28, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action by a husband to recover for loss of services of his wife from personal injuries alleged to have been received by her through a fall into a hole in a street in front of premises owned by defendant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for appellant.

*Arthur J. Levine* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, CARDOZO and SEABURY, JJ.

---

DORA ROOTMAN, Respondent, *v.* THE CITY OF NEW YORK,
Appellant.

*Rootman* v. *City of New York,* 155 App. Div. 935, affirmed.
(Argued June 17, 1915; decided September 28, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through her falling into a hole in the street in front of defendant's premises.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for appellant.

*Arthur J. Levine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COL-LIN, CUDDEBACK, CARDOZO and SEABURY, JJ.